UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

V. CASE NO: 6:26-cr-217-JSS-CAB

CHI'KEVIOUS KING
______________________________/

**ORDER**

Upon review, it is ORDERED that this case is transferred to the Honorable Roy B. Dalton, with his consent, for consideration with the related case 6:25-cr-249-RBD-CAB.

**ORDERED** in Orlando, Florida, on September 4, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record